**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Automotive Financial,

Civil No.: 02-848 (MJD/RLE)

v.

Northern Auto Enterprises, Inc.,

In Re Northern Auto Enterprises, Inc.

Civil No. 02-853 (PAM/RLE)

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 02-848 having been assigned to Judge Michael J. Davis and case number 02-853 having later been assigned to Judge Paul A. Magnuson and said matters being related cases,

IT IS HEREBY ORDERED that case number 02-853 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: April 23, 2002

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: April 24, 2002

JUDGE PAUL M. MAGNUSON
United States District Court

APR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK